IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CLARISSA GILMORE,<br><br>*Plaintiff – Appellant*<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>*Defendants – Appellees* | No. 23-10343 |

**PLAINTIF-APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REHEARING PETITION**

Plaintiff-Appellant Clarissa Gilmore respectfully requests a one-week extension, until August 26, 2024, of her deadline to file a petition for rehearing under Federal Rules of Appellate Procedure 35 and 40 and Eleventh Circuit Local Rules 35-2 and 40-3. Defendants-Appellees have consented to Plaintiff-Appellant's request. The reasons for the requested one-week extension are as follows:

1. On July 29, 2024, a panel of this Court issued a precedential opinion affirming the District Court's judgment, with two separate concurrences by members of the panel.

2. Plaintiff-Appellant's deadline to file a petition for rehearing is due 21 days thereafter, on August 19, 2024.

3. Undersigned counsel, who served as lead counsel and presented argument on behalf of Plaintiff-Appellant, will be out of the country and without reliable internet access from August 10, 2024, through August 18, 2024.

4. Additionally, other members of Plaintiff-Appellant's legal team have immovable conflicts in the current briefing window. Christopher E. Kemmitt will be on vacation from August 5, 2024, through August 18, 2024. Shania King is on call for a trial scheduled to start the week of August 5, 2024, in the matter of *State v. Ryan Savage*, Case No. 22CR2136.

5. On August 2, 2024, undersigned counsel contacted counsel for Defendants-Appellees about this request. Counsel for Defendants-Appellees responded that same day consenting to the motion.

6. This is Plaintiff-Appellant's first request for an extension of time. Plaintiff-Appellant will work diligently to comply with the requested August 26, 2024 filing deadline and does not anticipate seeking any further extensions of time.

\*     \*     \*

WHEREFORE, Plaintiff-Appellant Clarissa Gilmore respectfully requests that this Court grant her unopposed motion for a one-week extension of time—until August 26, 2024—to file her petition for rehearing in this matter.

Respectfully submitted,

*/s/ Ashok Chandran*
Ashok Chandran
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
achandran@naacpldf.org

3

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), undersigned counsel certifies that:

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 285 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Times New Roman, 14-point font.

> */s/ Ashok Chandran*
> Ashok Chandran
> *Attorney for Plaintiff-Appellant*
>
> August 2, 2024

## **CERTIFICATE OF SERVICE**

I, Ashok Chandran, certify that on August 2, 2024, I filed the foregoing PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REHEARING PETITION with the Court's CM/ECF system, thereby serving all counsel of record.


*/s/ Ashok Chandran*
Ashok Chandran
*Attorney for Plaintiff-Appellant*