# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10343

_____

CLARISSA GILMORE,

                                                                               Plaintiff-Appellant,

*versus*

GEORGIA DEPARTMENT OF CORRECTIONS,
an agency of the State of Georgia,
COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
in his official capacity,
ALBERTA W. MILTON,
individually and in her official capacity,
SABRINI CARLENE LUPO,
individually and in her official capacity,
SMITH SP WARDEN,
in his official capacity as successor-in-interest,
et al.,

2                             Order of the Court                          23-10343

                     Defendants-Appellees,

DOUGLAS M. WILLIAMS,
individually and in his official capacity,

                     Defendant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 6:18-cv-00115-RSB-CLR

_____

ORDER:

  Appellant's motion for extension of time to file a request for rehearing, to and including August 26, 2024, is GRANTED.

                     DAVID J. SMITH
             Clerk of the United States Court of
               Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION